UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

PNC Bank, National Association,

     Plaintiff,

vs

                                   Case No.
                                   Hon.
                                   Magistrate Judge

Freedom Contracting LLC,
A Michigan limited liability
company, and Michael Montecinos,
An individual,

     Defendants.

_____

PLUNKETT COONEY
Douglas C. Bernstein (P33833)
Madeleine C. Craig (P85929)
Attorneys for PNC Bank, National Association
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304
(248) 860-3641
dbernstein@plunkettcooney.com
mcraig@plunkettcooney.com

_____

## **COMPLAINT**

     There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.

               */s/Madeleine C. Craig* (P85929)

62591806.1

NOW COMES Plaintiff, PNC Bank, National Association ("**PNC**"), through its attorneys, Plunkett Cooney, submits the following as its Complaint:

## COMMON ALLEGATIONS

## THE PARTIES

1.    PNC is a national banking association that maintains its principal offices at One PNC Plaza, 249 Fifth Avenue, Pittsburgh, Pennsylvania.

2.    Defendant Freedom Contracting LLC ("**Freedom Contracting**") is a Michigan limited liability company, which is a citizen of Michigan, having a registered office at 33750 Ford Road, Westland, MI 48185.

3.    Defendant Michael Montecinos ("**Montecinos**") is a citizen of Michigan and maintains a domicile at 352 Roseland Dr., Canton, MI 48187.

4.    Upon information and belief, Montecinos is the sole member of Freedom Contracting.

## JURISDICTION AND VENUE

5.    Jurisdiction over this matter properly rests within this Honorable Court pursuant to 28 U.S.C. §1332(a)(1).  The amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

6.    Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) and (2).

2

## THE LOAN DOCUMENTS

7.      On February 28, 2019, Freedom Contracting, as borrower, and Montecinos, as guarantor, executed a Business Loan Application (the "**Application**"), pursuant to which Freedom Contracting sought a line of credit in the principal sum of $100,000.00. **Exhibit 1**.

8.      PNC approved the Application, and on March 7, 2019, in accordance with the terms of the Application and a Business Banking Line of Credit Agreement dated March 7, 2019 (**Exhibit 2**), PNC agreed to extend revolving credit in the maximum principal amount of $100,000.00 (collectively the "**Loan**").

9.      On September 26, 2025, effective as of August 31, 2025, Freedom Contracting and PNC executed an Amendment to loan documents (the "**Amendment**"), which, among other things, modified the maturity date of the Loan to March 31, 2026 and provided for repayment over a term of eight months, consisting of seven equal and consecutive monthly installments of principal and interest of $1,000.00 each, commencing on August 31, 2025, with a final payment of all other sums due and owing on March 31, 2026. **Exhibit 3**.

10.     In consideration of PNC's extension of credit to Freedom Contracting, as part of the Application, Montecinos guaranteed the repayment

62591806.1

of all indebtedness of Freedom Contracting to PNC (the "**Guaranty**"). **Exhibit 1**.

**COUNT I**
**BREACH OF THE LOAN**

11.     PNC incorporates the preceding paragraphs by reference, with the same force and effect as if fully repeated.

12.     Freedom Contracting failed to repay the sums owed to PNC as and when agreed under the terms of the Loan.

13.     Pursuant to its rights upon default, PNC terminated the Loan and made demand upon Freedom Contracting for the full and immediate repayment of all sums owed pursuant thereto. **Exhibit 4**.

14.     Freedom Contracting has failed, neglected and refused to honor PNC's demand for payment.

15.     As of June 8, 2026, there remained a principal balance owed from Freedom Contracting to PNC, pursuant to the Loan, of $80,015.19, together with accrued interest of $16,064.26, and late charges of $1,012.36, for a total, exclusive of contractually agreed upon costs and fees, of $97,091.81.

16.     Pursuant to the terms of the Loan, Freedom Contracting agreed to reimburse PNC for its costs and fees incurred in its collection.

4

WHEREFORE, PNC prays that this Honorable Court enter judgment in its favor, and against Freedom Contracting in the sum of $97,091.81, and award PNC its costs and reasonable attorneys' fees incurred in the prosecution of this action, together with interest thereon as provided for by statute from and after June 8, 2026.

## COUNT II
## BREACH OF THE GUARANTY

17.	PNC incorporates the preceding paragraphs by reference with the same force and effect as if fully repeated.

18.	As set forth above, Freedom Contracting is in default of its obligations under the Loan.

19.	PNC made demand of Montecinos for the full and immediate repayment of all sums owed pursuant to the Guaranty. **Exhibit 4**.

20.	Despite demand, Montecinos has failed, neglected and refused to repay the sums owed to PNC pursuant to the Guaranty.

21.	As of June 8, 2026, there remained a principal balance owed from Montecinos to PNC pursuant to the Guaranty, of $80,015.19, together with accrued interest of $16,064.26, and late charges of $1,012.36, for a total, exclusive of contractually agreed upon costs and fees, of $97,091.81.

62591806.1

22.    Pursuant to the terms of the Guaranty, Montecinos agreed to reimburse PNC for its costs and fees incurred in its enforcement.

23.    WHEREFORE, PNC prays that this Honorable Court enter judgment in its favor, and against Montecinos in the sum of $97,091.81, and award PNC its costs and reasonable attorneys' fees incurred in the prosecution of this action, together with interest thereon as provided for by statute from and after June 8, 2026.

PLUNKETT COONEY

By: /s/Madeleine C. Craig
Madeleine C. Craig (P85929)
Douglas C. Bernstein (P33833)
Attorneys for Plaintiff
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304
(248) 860-3641
dbernstein@plunkettcooney.com
mcraig@plunkettcooney.com

Dated:  June 9, 2026

62591806.1